ELSWORTH B. LEWIS, Respondent, *v.* SARAH M. PETERSEN, Individually and as Executrix of JOSEPHINE LEWIS, Deceased, Appellant, Impleaded with Another.

(Argued December 4, 1934; decided December 31, 1934.)

*Joseph P. Walsh* and *Frank H. Innes* for appellant.

*Joseph B. Handy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.